STATE, *ex rel.* PETER RAMOS, v. JOHN R. HIMES, Judge of the Criminal Court of Record of Hillsborough County.

182 So. 926.
Opinion Filed July 12, 1938.

*Howard P. Macfarlane* and *McKay, Macfarlane, Jackson & Ramsey,* for Relator;

*John R. Himes, in pro per.,* for Respondent.

PER CURIAM.—This is a companion case to that of State, *ex rel.* Wall, v. Himes, as Judge, this day disposed of by order overruling Respondent's demurrer and awarding writ of Prohibition absolute. The pleadings here are identical, therefore, it is ordered and adjudged that the demurrer to the petition for writ of Prohibition be and the same is overruled, and writ of Prohibition absolute is awarded.

·So ordered.

ELLIS, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.